ADOLPH ROSENBERG, Respondent, *v.* THE THIRD AVENUE RAILROAD COMPANY, Appellant.

*Rosenberg* v. *Third Avenue R. R. Co.*, 47 App. Div. 323, affirmed.
(Argued November 19, 1901; decided December 3, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 16, 1900, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Henry Melville, Herbert R. Limburger* and *Henry L. Scheuerman* for appellant.

*James C. Cropsey* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, LANDON and CULLEN, JJ.